

# UNITED STATES DISTRICT COURT
*Southern District of Florida*

UNITED STATES OF AMERICA, Plaintiff

- vs. -

VALDEZ-LLAVA, ROSALIO
Defendant

Case Number: 08-3514-TORRES

REPORT COMMENCING CRIMINAL ACTION

82029-004
USMS Number

*****************************************************************************************

TO: Clerk's Office U.S. District Court — MIAMI — FT. LAUDERDALE — WEST PALM BEACH — FT. PIERCE (Please Circle ONE)

NOTE: Circle the appropriate location for appearance in U.S. Magistrate's Court above.

*****************************************************************************************

All items are to be completed. Information not applicable or are unknown will be indicated "N/A"

(1) Date and Time of Arrest: 11/19/2008 AM (PM) 1800
(2) Language Spoken: SPANISH
(3) Offense(s) Charged: 18 USC 1591 Human Trafficking
(4) U.S. Citizen: ☐ YES ☒ NO ☐ UNKNOWN
(5) Date of Birth: 8/30/1963
(6) Type of Charging Document: (Check One)
☐ INDICTMENT ☒ COMPLAINT (to be Filed) / ~~Already Filed~~
Case Number:
☐ Bench Warrant for Failure to Appear
☐ Probation Violation Warrant
☐ Parole Violation Warrant
Originating District: SOUTHEAST FLORIDA
COPY OF WARRANT LEFT WITH BOOKING OFFICER? ☐ YES ☐ NO
Amount of Bond: $
Who Set Bond?:
(7) Remarks:
(8) Date:
(9) Arresting Officer:
(10) Agency: DHS / ICE / Office of Investigations / SAC/Miami
(11) Telephone Number: (305) 597-6000
(12) Comments:

Revised: 08/08/2004 (GRO)