FILED by ___CF___ D.C.
ELECTRONIC

MAR 12, 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20213-CR-GOLD/MCALILEY

8 U.S.C. § 1324(a)(1)(A)(iii)

UNITED STATES OF AMERICA

vs.

ROSALIO VALDEZ,

    Defendant.
_____/

## INFORMATION

The United States Attorney charges that:

From in or around at least January 2008 through on or about November 20, 2008, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant

**ROSALIO VALDEZ,**

did knowingly and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, conceal, harbor, and shield from detection, and attempt to conceal, harbor, and shield from detection such alien in any place, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii), 1324(a)(1)(B)(ii), and Title 18, United States Code, Section 2.

                                              R. ALEXANDER ACOSTA
                                              UNITED STATES ATTORNEY

                                              DANIEL LAWRENCE RASHBAUM
                                              ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

ROSALIO VALDEZ,

        **Defendant.**
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

X  Miami  ___ Key West
___ FTL   ___ WPB   ___ FTP

New Defendant(s)           Yes ___  No ___
Number of New Defendants   ___
Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   Yes
   List language and/or dialect  Spanish

4. This case will take  0  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   I    0 to 5 days      X
   II   6 to 10 days     ___
   III  11 to 20 days    ___
   IV   21 to 60 days    ___
   V    61 days and over ___

   (Check only one)

   Petty    ___
   Minor    ___
   Misdem.  ___
   Felony   X

6. Has this case been previously filed in this District Court? (Yes or No)  No
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  Yes
   If yes:
   Magistrate Case No.  08-03514-FGT
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of  November 20, 2008
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ___ Yes  X No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  ___ Yes  X No

                              _____
                              DANIEL L. RASHBAUM
                              ASSISTANT UNITED STATES ATTORNEY
                              Court No. A5500952

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: ROSALIO VALDEZ

**Case No**: _____

Count #: 1

Harboring Certain Aliens

Title 8, United States Code, Section 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(ii)

\* **Max.Penalty**:  5 Years' Imprisonment

Count #:

_____

\*\***Max. Penalty:**

Count #:

_____

\*\***Max. Penalty:**

Count #:

_____

\*\***Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.